UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VAN BEBBER, on behalf of himself and all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH, A CALIFORNIA CORPORATION; DBA MERCY MEDICAL CENTER - MERCED, et al.,<br><br>Defendants. | Case No.  1:19-cv-00264-DAD-EPG<br><br>**ORDER RE: CLASS CERTIFICATION BRIEFING SCHEDULE**<br><br>(ECF No. 31) |

Pursuant to the Stipulation of the parties (ECF No. 31), IT IS ORDERED:

1. The deadline for Plaintiff's Motion for Class Certification is **September 4, 2020;**

2. The deadline for Defendant's Opposition to Plaintiffs' Motion for Class Certification is **November 4, 2020**;

3. The deadline for Plaintiffs' Reply in Support of Motion for Class Certification is **January 4, 2021**;

4. The hearing on Plaintiffs' Motion for Class Certification is set for **January 29, 2021, at 10:00 a.m.,** in Courtroom 10 (EPG), before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated:   **May 5, 2020**                                /s/ Erica P. Grosjean
                                                        UNITED STATES MAGISTRATE JUDGE

1