UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VAN BEBBER, on behalf of himself and all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>DIGNITY HEALTH, a California Corporation; dba MERCY MEDICAL CENTER - MERCED, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No. 1:19-cv-00264-DAD-EPG<br><br>**ORDER RE STIPULATION TO TAKE THE MID-DISCOVERY STATUS CONFERENCE OFF CALENDAR, OR ALTERNATIVELY, TO CONTINUE THE STATUS CONFERENCE**<br><br>(ECF No. 37) |

Pursuant to Defendant Dignity Health and Plaintiffs Robert Van Bebber, Martha Ochoa and Rachel Clover's Stipulation To Take The Mid-Discovery Status Conference Off Calendar, Or Alternatively, To Continue The Status Conference (ECF No. 37), the Mid-Discovery Status Conference is VACATED, to be reset if needed upon the request of the parties.

IT IS SO ORDERED.

Dated:   **June 15, 2020**                                /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

-1-