UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VAN BEBBER, on behalf of himself and all others similarly situated and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>DIGNITY HEALTH, a California Corporation, dba MERCY MEDICAL CENTER—MERCED, and DOES 1 to 100, inclusive,<br><br>Defendant. | Case No.: 1:19-cv-00264-DAD-EPG<br><br>**ORDER RE: STIPULATION TO EXTEND DEADLINE FOR DESIGNATION OF EXPERT WITNESSES FOR CLASS CERTIFICATION**<br><br>(ECF No. 41) |

Pursuant to the stipulation of the parties (ECF No. 41), and finding good cause exists, IT IS ORDERED that:

1. Plaintiffs will file their Expert Declaration and/or report for class certification on or before September 4, 2020, with their Motion for Class Certification;

2. Defendant will file their Expert Declaration and/or report for class certification on or before November 4, 2020, with their Opposition to Plaintiffs' Motion for Class Certification;

3. The parties will work out mutually agreeable dates for expert depositions accordingly.

IT IS SO ORDERED.

Dated: **July 27, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE