**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT VAN BEBBER, on behalf of himself and all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH, A CALIFORNIA CORPORATION; DBA MERCY MEDICAL CENTER - MERCED, et al.,<br><br>Defendants. | Case No. 1:19-cv-00264-DAD-EPG<br><br>**ORDER RE: STIPULATION TO MODIFY CLASS CERTIFICATION BRIEFING SCHEDULE TO EXTEND DEADLINE FOR DEFENDANT'S OPPOSITION AND PLAINTIFF'S REPLY**<br><br>(ECF No. 49) |

Pursuant to the Stipulation of the parties (ECF No. 49), and finding good cause exists, IT IS ORDERED:

1. The deadline for Defendant's Opposition to Plaintiffs' Motion for Class Certification is extended to **November 18, 2020**;

2. The deadline for Plaintiffs' Reply in Support of Motion for Class Certification is extended to **January 18, 2021**;

3. The hearing on Plaintiffs' Motion for Class Certification remains set for **January 29, 2021, at 10:00 a.m.,** in Courtroom 10 (EPG), before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated:  **October 13, 2020**          /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE

1