UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VAN BEBBER, on behalf of himself and all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>DIGNITY HEALTH, a California Corporation dba MERCY MEDICAL CENTER-MERCED, and DOES 1 to 100 inclusive,<br><br>Defendants. | Case No. 1:19-cv-00264-DAD-EPG<br><br>**ORDER RE STIPULATION TO EXTEND PAGE LIMITATION ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION (REPLY BRIEF ONLY) AND DEFENDANT'S OPPOSITION BRIEF**<br><br>(ECF No. 51) |

Pursuant to the Stipulation of the Parties (ECF No. 51), and finding good cause exists, IT IS ORDERED:

1. The page limitation for Defendant's Opposition to Plaintiffs' Motion for Class Certification is increased from 25 to 30 pages; and

2. The page limitation for Plaintiffs' Reply Brief is increased from 15 to 20 pages.

IT IS SO ORDERED.

Dated:  **November 2, 2020**          /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE