UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VAN BEBBER, on behalf of himself and all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>DIGNITY HEALTH, a California Corporation dba MERCY MEDICAL CENTER-MERCED, and DOES 1 to 100,<br><br>Defendants. | Case No. 1:19-cv-00264-DAD-EPG<br><br>**ORDER RE: STIPULATED CLASS NOTICE AND DISTRIBUTION PLAN**<br><br>(ECF No. 83) |

Pursuant to the parties' Joint Stipulation Re: Class Notice and Distribution Plan (ECF No. 83), IT IS HEREBY ORDERED that:

1. The Notice attached to the Stipulation as Exhibit 1 (ECF No. 83) is the Notice agreed to by the parties and is hereby approved by the Court;

2. ILYM, a neutral third-party administrator, will mail the Notice to those employees included within the class definition based on the last known address with Defendant. Defendant will prepare a list and deliver it to ILYM within 15 days of entry of this order;

3. ILYM will perform a National Change of Address search on the list provided and will mail the Notice to any updated addresses; and

4. Putative class members will have 45 days in which to consider the Notice and their participation. If any individual decides they do not want to be a member of the class,

1   the individual can request exclusion by mailing in a Request for Exclusion card that
2   will be prepared by the third-party administrator and included with each Notice.

IT IS SO ORDERED.

Dated: **September 28, 2021**           /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE