UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VAN BEBBER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH, dba MERCY MEDICAL CENTER—MERCED, et al.,<br><br>Defendants. | Case No. 1:19-cv-00264-DAD-EPG<br><br>ORDER GRANTING STIPULATION TO EXCEED ALLOWED NUMBER OF INTERROGATORIES<br><br>(ECF No. 90) |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the parties are permitted to exceed the limit of twenty-five (25) interrogatories pursuant to Federal Rule of Civil Procedure 33 and may each propound an additional three (3) interrogatories.

IT IS SO ORDERED.

Dated:  **March 15, 2022**          /s/ Erica P. Grosjean
                             UNITED STATES MAGISTRATE JUDGE

1