UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VAN BEBBER, on behalf of himself and all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>DIGNITY HEALTH,<br><br>Defendant. | Case No.  1:19-cv-00264-DAD-EPG<br><br>ORDER RE: STIPULATION TO NEUTRAL MAILER TO AGGRIEVED EMPLOYEES<br><br>(ECF No. 97). |

On August 23, 2022, Plaintiff filed a stipulation and proposed order on behalf of the parties regarding a neutral letter to be sent to a defined set of recipients.[1] (ECF No. 97). Pursuant to the parties' joint stipulation (ECF No. 97), IT IS ORDERED:

1. Plaintiffs and Defendant have agreed that CPT Group, a neutral Administrator, will receive a list of those current and former hourly non-exempt employees of Defendant who worked from September 8, 2021 through the present, (collectively referred to as "Notice Recipients"), containing their names, last-known home addresses, and last-known personal telephone numbers.

2. The Administrator will perform a National Change of Address (NCOA) search on the list

---

[1] Plaintiff filed two documents on August 23, 2022, docketed as a "Stipulation and Proposed Order for Neutral Mailer to Aggrieved Employees." (ECF Nos. 96. 97). Based on the Court's review of the filed documents, the filing docketed as ECF No. 96 appears to be unrelated to this case. The Court will not address that filing.

received from Defendant and thereafter, mail the agreed-upon neutral letter in the form attached to the Stipulation as Exhibit 1 (ECF No. 97). The Administrator is to conduct the mailing no later than five (5) days after receiving the list from Defendant.

3. Plaintiffs will pay the Administrator for the mailing.
4. Defendant will provide the list to the Administrator within 21 days after receiving notice that this order has been entered by the Court.
5. Notice Recipients will have thirty (30) days from the initial mailing date to object to release of their contact information to Plaintiff's counsel.
6. Five (5) days after the deadline to object to the release of the contact information, the Administrator shall provide Plaintiffs' counsel and Defendant's counsel with a list of Notice Recipients' names, home addresses, and personal telephone numbers who did not object to the release of their contact information.

IT IS SO ORDERED.

Dated:  **September 7, 2022**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE