UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VAN BEBBER, *on behalf of himself and all other similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH, a California corporation dba MERCY MEDICAL CENTER – MERCED, and Does 1 to 100,<br><br>Defendants. | Case No. 1:19-cv-00264-ADA-EPG<br><br>ORDER RE: STIPULATION TO DISCOVERY AND EXPERT DISCLOSURES<br><br>(ECF No. 103). |

On September 26, 2022, the parties filed a stipulation to amend the scheduling order. (ECF No. 103). The parties represent that, after having met and conferred, they have come to an agreement regarding certain discovery related deadlines. (Id. at 3). Based on the parties' stipulation (ECF No. 103), IT IS ORDERED, as follows:

1. Defendant will produce time and payroll records for the allegedly aggrieved employees through December 2, 2022, on or before January 31, 2023;
2. The Expert Disclosure Date is continued from February 3, 2023, to April 3, 2023;
3. Rebuttal Expert Disclosure is continued from March 3, 2023, to May 3, 2023;
4. Reply Expert Disclosure is continued from March 31, 2023, to May 31, 2023;
5. Expert Discovery Cutoff is continued from April 28, 2023, to June 28, 2023;

Additionally, the Court confirms the status conference set for November 3, 2022, at 10:00 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. (ECF No. 94). As

previously ordered, the parties shall meet and confer regarding dispositive motions, including a proposed briefing schedule and any stipulated facts. (*See* ECF No. 94). The parties shall file a joint status report, including any scheduling proposals and stipulations as requested, at least one full week prior to the status conference and shall email a copy in Word format to epgorders@caed.uscourts.gov for the Judge's review. To appear telephonically at the conference, each party shall use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated:   **September 28, 2022**              /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE