UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT VAN BEBBER, *on behalf of himself and all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>DIGNITY HEALTH, *a California corporation dba* MERCY MEDICAL CENTER-MERCED,<br><br>Defendants. | Case No.  1:19-cv-00264-ADA-EPG<br><br>ORDER SETTING DISPOSITIVE MOTION DEADLINES AFTER STATUS CONFERENCE |

On December 15, 2022, the Court held a status conference in this matter. (ECF No. 108). For the reasons discussed at the conference, the Court will set briefing deadlines for summary adjudication. Accordingly, IT IS HEREBY ORDERED that:

1. The parties shall file their opening briefs on partial summary adjudication and issue motions no later than March 31, 2023.
2. The parties shall file their opposition briefs to any partial summary adjudication and issue motions no later than April 28, 2023.
3. The parties shall file their replies to any partial summary adjudication and issue motions no later than May 15, 2023.
4. Within fourteen (14) days following a ruling on the outstanding summary judgment

1

motions, the parties shall jointly file a proposed schedule for any remaining claims.

IT IS SO ORDERED.

Dated:   **December 15, 2022**              /s/ Erica P. Grosjean
                                            UNITED STATES MAGISTRATE JUDGE