UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT VAN BEBBER, *on behalf of himself and all others similarly situated*,

Plaintiff,

v.

DIGNITY HEALTH, *a California corporation dba* MERCY MEDICAL CENTER-MERCED,

Defendant.

Case No.  1:19-cv-00264-ADA-EPG

ORDER RE: STIPULATION TO CONTINUE EXPERT DISCLOSURE DEADLINES

(ECF No. 110).

On January 31, 2023, the parties filed a stipulation regarding expert discovery deadlines. (ECF No. 110). The parties request that "the Expert Disclosure Dates, including Rebuttal and reply be continued from April 3, 2023, to [a] date that is six months after the rulings on the filed dispositive motions." (*Id.* at 3). The parties also request that "the Expert Discovery Cutoff be vacated until the Expert Disclosure dates have been reset." (*Id.*) Further, the parties state that "[u]pon receipt of the court's rulings on the dispositive motions, the parties will prepare a further stipulation to set exact dates for the Expert Disclosure; Rebuttal Expert Disclosure; Reply Expert Disclosure; and Expert Discovery Cutoff." (*Id.*)

The Court will approve the parties' stipulation to the extent that the Court will vacate the current expert discovery deadlines pending an order regarding the motions for summary judgment. However, rather than ordering that the expert deadlines be extended six months out

1

from such an order, the Court will order the parties to submit a status report regarding outstanding dates and a proposed schedule within fourteen (14) days following a ruling on dispositive motions.

Accordingly, IT IS ORDERED that the parties' stipulation (ECF No. 110) is approved, in part, as follows:

1. The current expert discovery deadlines as set forth in the Court's prior order (ECF No. 104) are vacated;

2. The parties shall file a joint status report regarding any outstanding dates and a proposed schedule within fourteen (14) days following a ruling on dispositive motions.[1]

IT IS SO ORDERED.

Dated:   **February 1, 2023**       /s/ _Erica P. Grosjean_
                        UNITED STATES MAGISTRATE JUDGE

---

[1] The Court may hold a status conference regarding remaining dates after receipt of the parties' report.

2